## WRIT OF EXECUTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

MICHAEL H. HOLLAND, MICHEAL W. BUCKNER,
MICHAEL LOIACONO and MICHAEL O. McKOWN, as
Trustees of the United Mine Workers of America 1974
Pension Trust,

MICHAEL H. HOLLAND, MICHEAL W. BUCKNER,
MICHAEL LOIACONO and MICHAEL O. McKOWN, as
Trustees of the United Mine Workers of America 2012 Retiree
Bonus Account Trust,

MICHAEL H. HOLLAND, MICHEAL W. BUCKNER,
MICHAEL LOIACONO and MICHAEL O. McKOWN, as
Trustees of the United Mine Workers of America Cash
Deferred Savings Plan of 1988,

MICHAEL H. HOLLAND, MICHAEL O. McKOWN,
MARTY D. HUDSON and DANIEL R. JACK as
Trustees of the United Mine Workers of America
1993 Benefit Plan,

   Plaintiffs

VS:                  CIVIL ACTION NO. 5:14-16178

BLUESTONE COAL CORPORATION,
DOUBLE BONUS COAL COMPANY
JUSTICE ENERGY COMPANY, INC.
KEYSTONE SERVICE INDUSTRIES, INC.

   Defendants.


IN THE NAME OF THE UNITED STATES OF AMERICA:


TO THE UNITED STATES MARSHAL FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA


  Pursuant to judgment taken in this action on the 11th day of July, 2014.

  We command you that of the goods and chattels of BLUESTONE COAL, DOUBLE BONUS COAL COMPANY, JUSTICE ENERGY COMPANY AND KEYSTONE SERVICE INDUSTRIES in your bailiwick, you cause to be made the sum of $7,439.80 against BLUESTONE COAL, $376,966.91 against DOUBLE BONUS COAL COMPANY, $427,036.59 against JUSTICE ENERGY COMPANY and $12,466.53 against KEYSTONE SERVICE INDUSTRIES, with interest after the date of judgment as provided by law until paid; defendants are jointly and severally liable for attorney's fees and costs in the amount of $1,530.00, which the above-named plaintiff-Trustees recovered against the named Defendants and make your return thereof on the 21st day of October, 2014.

  DATED: July 31, 2014

                   TERESA L. DEPPNER, CLERK

                   BY _____
                      Deputy Clerk

# RETURN

Date Received: _____    Date Executed: _____


THIS WRIT WAS RECEIVED AND EXECUTED.

_____
UNITED STATES MARSHAL

_____
By Deputy U.S. Marshal