IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

MICHAEL H. HOLLAND, MICHEAL W. BUCKNER,
MICHAEL LOIACONO and MICHAEL O. McKOWN, as
Trustees of the United Mine Workers of
America 1974 Pension Trust,

       Plaintiffs,

MICHAEL H. HOLLAND, MICHEAL W. BUCKNER,
MICHAEL LOIACONO and MICHAEL O. McKOWN, as
Trustees of the United Mine Workers of
America 2012 Retiree Bonus Account Trust,

       Plaintiffs,

MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, MICHAEL LOIACONO and MICHAEL O. McKOWN, as Trustees of the United Mine Workers of America Cash Deferred Savings Plan of 1988,

       Plaintiffs,

MICHAEL H. HOLLAND, MICHAEL O. McKOWN, MARTY D. HUDSON and DANIEL R. JACK as Trustees of the United Mine Workers of America 1993 Benefit Plan,

       Plaintiffs,

    vs.                        Civil Action No. 5:14-16178

BLUESTONE COAL CORPORATION, a corporation;
DOUBLE BONUS COAL COMPANY; a corporation;
JUSTICE ENERGY COMPANY, INC., a corporation, and
KEYSTONE SERVICE INDUSTRIES, INC., a corporation,

       Defendants.

## SATISFACTION OF JUDGMENT

WHEREAS, on July 11, 2014, a judgment was rendered in favor of the Plaintiffs and against the Defendants in above civil action in the sum of $823,909.83, including delinquent contributions, pre-judgment interest, costs, liquidated damages and attorney fees, with post-judgment interest thereafter; and

WHEREAS, said judgment has been fully paid by the Defendants to the Plaintiffs.

THEREFORE, full and complete satisfaction of the said judgment, including all injunctive relief provided for in that judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to cancel and discharge the same.

DATED: September 30, 2015.

/s/ Gary A. Collias
GARY A. COLLIAS
Attorney at Law
122 Capitol Street, Suite 300
P.O. Box 70007
Charleston, WV 25301-0007
Telephone: (304) 344-3653

*COUNSEL FOR PLAINTIFFS*

Case 5:14-cv-16178   Document 46   Filed 09/30/15   Page 3 of 3 PageID #: 381